# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| LEEANN HAGAN,<br><br>       Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A.,<br><br>       Defendant. | **Case No.:**<br><br>**NOTICE OF SETTLEMENT** |

## <u>INTRODUCTION</u>

**NOTICE IS HEREBY GIVEN** that Plaintiff Leeann Hagan and Defendant Citibank, Inc., have reached a settlement in the above-captioned case. The plaintiff will file a notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

RESPECTFULLY SUBMITTED,

Dated: September 18, 2017

By:/s/ *Stefanie Ebbens Kingsley*
      Stefanie Ebbens Kingsley Law, PLLC
      100 N. Main Street, Suite 300
      Corbin, KY 40701
      (606) 261-2240 Office
      Stefanie@sek-law.com
      *Attorney for Plaintiff, Leeann Hagan*