UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LEEANN HAGAN, Plaintiff,

v. Civil Action No. 3:17-cv-453-DJH-CHL

CITIBANK, N.A., Defendant.

\* \* \* \* \*

## ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 6), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines are **VACATED**.

Plaintiff Leeann Hagan shall tender a notice of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

September 19, 2017

**David J. Hale, Judge
United States District Court**

1